No. 119. UNITED SHOE MACHINERY CORPORATION ET
AL. *v.* UNITED STATES.   Appeal from the District Court
of the United States for the Eastern District of Missouri.
Motion for rehearing and modification of decree sub-
mitted May 15, 1922.   Order entered May 29, 1922.

The United Shoe Machinery Corporation and others,
appellants, having presented their application for rehear-
ing and modification of the decree of affirmance heretofore
rendered in this cause [258 U. S. 451], upon consideration
thereof the same is overruled.   It is ordered that the
District Court after the receipt of the mandate of affirm-
ance may hear an application of the appellants for an
extension of time in which to readjust the business of the
United Shoe Machinery Corporation with its lessees, and,
if satisfied that the same is necessary, may grant a time,
not exceeding three months from the date of the receipt
of the mandate, in which the United Shoe Machinery
Corporation may adjust its business with lessees in a
manner to comply with the decree of this court affirming

the decree of the District Court. *Mr. Frederick P. Fish, Mr. Charles F. Choate, Jr., Mr. Malcolm Donald* and *Mr. Henry W. Dunn* for appellants. *Mr. Solicitor General Beck, Mr. LaRue Brown* and *Mr. Elias Field* for the United States.